In the Matter of the Transfer Tax upon the Estate of MARY LEWIS, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; CATHARINE T. MOULTON et al., Respondents.

*Matter of Lewis*, 129 App. Div. 905, affirmed.
(Argued January 7, 1909; decided January 26, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 15, 1908, which reversed an order of the New York County Surrogate's Court assessing a transfer tax upon a trust fund held for the testatrix herein under the will of her father.

*Edgar N. Dollin* and *John S. Jenkins* for appellant.

*Lucius H. Beers* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, HISCOCK and CHASE, JJ. Absent: WILLARD BARTLETT, J.

---

In the Matter of the Transfer Tax upon a Trust Created by the Will of OGDEN HAGGERTY, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; JAMES M. CRAFTS et al., as Trustees, Respondents.

*Matter of Haggerty*, 128 App. Div. 479, affirmed.
(Argued January 7, 1909; decided January 26, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 13, 1908, which reversed an order of the New York County Surrogate's Court assessing a tax upon the transfer of a trust fund to the remainderman.

*Edgar N. Dollin* and *John S. Jenkins* for appellant.

*George A. Strong* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, HISCOCK and CHASE, JJ. Absent: WILLARD BARTLETT, J.